UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TROY LAMAR NORRIS,

    Plaintiff,

v.                                                    Case No. 3:23cv6433-LC-HTC

CAPTAIN B. STEARNS, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 22, 2023 (ECF No. 12), recommending this case be dismissed for failure to state a claim. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this order.

2.      This case is DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(2) because Plaintiff fails to state a claim on which relief may be granted.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of August, 2023.

　　　　　　　　　　　　　　s/*L.A. Collier*
　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**